UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**SHANERIKA FLEMINGS**                CIVIL ACTION NO. 24-cv-1013

**VERSUS**                             JUDGE TERRY A. DOUGHTY

**CITY OF SHREVEPORT**                 MAGISTRATE JUDGE HORNSBY

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 22] previously filed herein, having thoroughly reviewed the record, including the Objection filed by Defendant City of Shreveport ("Defendant") [Doc. No. 23], and the Reply filed by Plaintiff Shanerika Flemings ("Plaintiff") [Doc. No. 24], and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion to Remand [Doc. No. 6] is **GRANTED**, and this case is **REMANDED** back to the First Judicial District Court, Caddo Parish, Louisiana.

**IT IS FURTHER ORDERED** that Plaintiff is awarded fees and costs in the amount of $2,300.00 against Defendant.

**MONROE, LOUISIANA**, this the 3rd day of October 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE